

# NUMBER 13-11-00150-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

MIGUEL ANGEL VELASQUEZ AND
ANA MARIA MIRELES GARCIA,                          Appellants,

v.

ALONDRA VELASQUEZ,                                  Appellee.

### On appeal from the 445th District Court
### of Cameron County, Texas.

# MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Rodriguez and Garza
### Memorandum Opinion Per Curiam

Appellants, Miguel Angel Velasquez and Ana Maria Mireles Garcia, filed an appeal

from a judgment entered by the 445th District Court of Cameron County, Texas, in cause

number 2009-05-2983-I. Appellants have filed a motion to dismiss the appeal and

request that this Court dismiss the appeal.

The Court, having considered the documents on file and appellants' motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellants' motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellants. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
9th day of June, 2011.